IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIE JONES,

      Appellant,

v.

                                                 Case No.  5D22-1179
                                                 LT Case No. 2015-CF-3100

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 3, 2023

3.800 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Willie Jones, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.